1  LATHAM & WATKINS LLP
      Linda M. Inscoe (Bar No. 125194)
2  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-2562
3  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
4  Email: linda.inscoe@lw.com

5  Attorneys for Defendant
   Rotech Healthcare Inc.
6
   Susan Rubenstein (Bar No. 83762)
7  Law Offices of Susan Rubenstein
   351 California Street, Suite 700
8  San Francisco, CA 94104
   Telephone: (415) 434-9800
9  Facsimile: (415) 434-0513
   Email: susanr@reztlaw.com
10
   Attorney for Plaintiff
11 Carla Perkins

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

15
   CARLA PERKINS,                         CIVIL ACTION NO. C 04-05197 JCS
16
                  Plaintiff,              **STIPULATION AND [PROPOSED] ORDER
17                                        REGARDING CONTINUANCE OF CASE
         v.                               MANAGEMENT CONFERENCE**
18
   ROTECH HEALTHCARE INC.,                **Scheduled Case Management Conference**
19
                  Defendants.             Date:  July 29, 2005
20                                        Time:  1:30 p.m.
                                          Place: Courtroom A
21                                        Judge: The Hon. Joseph C. Spero

22

23       The parties to this action, Plaintiff Carla Perkins ("Perkins") and Defendant

24 Rotech Healthcare Inc. ("Rotech"), jointly submit this Stipulation and Proposed Order hereby

25 requesting that the Court continue the Case Management Conference date and the due date of the

26 Joint Case Management Statement.

27       On April 26, 2005, this Court ordered that a further Case Management

28 Conference in this matter be held on July 29, 2005 and an updated Joint Case Management

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION
AND PROPOSED ORDER
Civil Action No. C 04-05197 JCS

Statement be submitted on July 25, 2005. The Court also ordered the parties to complete mediation by July 25, 2005. The earliest date upon which the parties, their counsel, and the court-appointed mediator were all available for mediation was July 29, the same date of the further Case Management Conference. Accordingly, the parties respectfully request that the Case Management Conference be rescheduled to accommodate this scheduled mediation.

The parties have met and conferred through their undersigned counsel of record, and they have determined that the earliest date all counsel can be available for the Case Management Conference is August 12, 2005 at 1:30 p.m. Accordingly, the parties hereby stipulate by and through their undersigned counsel of record, and respectfully request, the Case Management Conference currently scheduled for July 29, 2005 at 1:30 p.m. be continued to August 12, 2005 and the updated Joint Case Management Statement due date be continued to August 8, 2005.

Dated: July 22, 2005

LATHAM & WATKINS LLP
Linda M. Inscoe

By *Linda M. Inscoe /ct*
Linda M. Inscoe
Attorneys for Defendant
Rotech Healthcare Inc.

Dated: July __, 2005

LAW OFFICES OF SUSAN RUBENSTEIN

By _____
Susan Rubenstein
Attorney for Plaintiff
Carla Perkins

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION
AND ~~PROPOSED~~ ORDER
Civil Action No. C 04-05197 JCS

## PROPOSED ORDER

Having considered the parties' stipulation seeking a continuance of the Case Management Conference and the updated Joint Case Management Statement and finding good cause therefore, the Court rules as follows:

1. The Case Management Conference in this matter currently scheduled for July 29, 2005 is hereby vacated. The Case Management Conference will be heard on August 12, 2005 at 1:30 p.m.

2. The due date for the updated Joint Case Management Statement currently due on July 25, 2005 is hereby vacated. The updated Joint Case Management Statement will be due on August 8, 2005.

IT IS SO ORDERED.

DATED: July 26. 2005

BY: _____
Honorable Joseph C. Spero

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION
AND PROPOSED ORDER
Civil Action No. C 04-05197 JCS