**United States District Court**
For the Northern District of California

1

2

3

4               UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6    CARLA PERKINS,                         Case No.  C04-5197 JCS

7              Plaintiff(s),
                                            **ORDER DENYING DEFENDANT**
8         v.                                **ROTECH HEALTHCARE'S MOTION TO**
                                            **VACATE ORDER REFERRING CASE**
9    ROTECH HEALTHCARE INC.,                **FOR FURTHER SETTLEMENT**
                                            **CONFERENCE [Docket No. 71]**
10             Defendant(s).
     _____/
11

12        On December 1, 2005, Defendant Rotech Healthcare filed a Motion to Vacate Order Referring

13   Case for Further Settlement Conference (the "Motion").

14        IT IS HEREBY ORDERED that the Motion is DENIED.

15        IT IS SO ORDERED.

16

17   Dated:  December 6, 2005

18                                          _____
                                            JOSEPH C. SPERO
19                                          United States Magistrate Judge

20

21

22

23

24

25

26

27

28